UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Richard Castellini

        Plaintiff,                    CIVIL ACTION
                                               NO. 05-10220-PBS

     v.

Harley G. Lappin

        Defendant.

**NOTICE OF STATUS HEARING**

SARIS, U.S.D.J.                                                                            February 7, 2005

      TAKE NOTICE that the above-entitled case has been set for a Status Hearing re: Motion for Temporary Restraining Order and/or Preliminary Injunction on **February 17, 2005**, at **4:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts

                                                                           By the Court,

                                                                           /s/ Robert C. Alba
                                                                           Deputy Clerk

Copies to: All Counsel