UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD CASTELLINI<br><br>Plaintiff,<br><br>v.<br><br>HARLEY G. LAPPIN (in his official capacity as Director of the Bureau of Prisons),<br><br>Defendant.<br>COMMONWEALTH OF MASSACHUSETTS<br>SUFFOLK COUNTY | **AFFIDAVIT OF SHERYL A. KOVAL**<br><br>Case No. 05-cv-10220-PBS |

Sheryl A. Koval, being duly sworn, deposes and says:

1. I am an associate at Goodwin Procter LLP and one of the counsel of record to Plaintiff, Richard Castellini ("Mr. Castellini"), in this matter. I am a member in good standing of the Bar of the Commonwealth of Massachusetts.

2. On February 3, 2005, pursuant to Fed. R. Civ. P. 4(i) I caused three (3) copies of the Verified Complaint, Richard Castellini's Motion For Temporary Restraining Order And/Or Preliminary Injunction, Memorandum Of Law In Support Of Richard Castellini's Motion For Temporary Restraining Order And/Or Preliminary Injunction, and Summons directed to Harley G. Lappen to be sent by certified mail (together, the "Certified Mail Packages") to Harley G. Lappen, Director of the Bureau of Prisons, Michael J. Sullivan, U.S. Attorney, and the Office of the Attorney General of the United States, respectively, as set forth in the cover letter attached hereto as Exhibit A.

3. Attached as Exhibit B hereto is the original Summons directed to Harley G. Lappen, Director of the Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534.

4. Attached as Exhibit C hereto is the original Domestic Return Receipt of the Certified Mail Package sent to Harley G. Lappin, Director Bureau of Prisons, 320 First Street, N.W., Washington, D.C., 20534, indicating receipt of the Certified Mail Package on February 9, 2005.

5. Attached as Exhibit D hereto is a photocopy of the Certified Mail Receipt and a Track & Confirm statement from the United States Postal Service website, www.usps.com, indicating that the Certified Mail Package sent to Office of the Attorney General of the United States, Department of Justice, Room B-103, 950 Pennsylvania Avenue, N.W., Washington D.C., 20530, was received on February 9, 2005, at 4:42 a.m.

6. On February 3, 2005 I caused to have the Certified Mail Package hand delivered to Michael J. Sullivan, U.S. Attorney, United States Courthouse, Suite 9200, One Courthouse Way, Boston, MA 02210.

_____
Sheryl A. Koval

Sworn to before me on this 2nd day of March, 2005:
_____
Notary Public
My Commission expires: 10/01/2010

TAB A

**GOODWIN | PROCTER**

Sheryl A. Koval
617.570.1147
skoval@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

February 3, 2005

**BY CERTIFIED MAIL**
Office of the Attorney General
  of the United States
Department of Justice
Room B-103
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**BY HAND**
Michael J. Sullivan
U.S. Attorney
United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

**BY CERTIFIED MAIL**
Harley G. Lappin
Director
Bureau of Prisons
320 First Street N.W.
Washington, D.C. 20534

Re:   **Richard Castellini v. Harley G. Lappin (in his official
      capacity as Director of the Bureau of Prisons)
      (D. Mass. Civ. No. 05-10220-PBS)**

Dear Sirs:

Pursuant to Fed. R. Civ. P. 4(i), enclosed find: (i) Verified Complaint; (ii) Summons directed to Harley G. Lappen; (iii) Richard Castellini's Motion For Temporary Restraining Order And/Or Preliminary Injunction; and (iv) Memorandum Of Law In Support Of Richard Castellini's Motion For Temporary Restraining Order And/Or Preliminary Injunction.

Very truly yours,

Sheryl A. Koval

Enclosures

cc:   James C. Rehnquist, Esq. (w/o encls.)
      David S. Schumacher, Esq. (w/o encls.)

LIBA/1451223.1

TAB B

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of
MASSACHUSETTS

RICHARD CASTELLINI,
        Plaintiff,

V.

HARLEY G. LAPPIN (in his official
capacity as Director of the Bureau
of Prisons),
        Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  

TO: (Name and address of Defendant)

    Harley G. Lappin
    Director of the Bureau of Prisons
    320 First Street, N.W.
    Washington, D.C.  20534

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    James C. Rehnquist
    David S. Schumacher
    Sheryl A. Koval
    GOODWIN PROCTER LLP
    Exchange Place
    Boston, Massachusetts  02109

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK _____        February 3, 2005
                                                                             DATE

(By) DEPUTY CLERK

TAB C

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  S. Dixon   ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  2/9/05 |
| 1. Article Addressed to:<br>Harley G. Lappin<br>Director<br>Bureau of Prisons<br>320 First Street N.W.<br>Washington, D.C.  20534 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number  7001 1940 0005 3574 1809<br>(Transfer from service label) | |
| PS Form 3811, August 2001   Domestic Return Receipt   2ACPRI-03-Z-0985 | |

TAB D





# Track & Confirm

**Current Status**

You entered 7001 1940 0005 3574 1793

Your item was delivered at 4:42 am on February 09, 2005 in WASHINGTON, DC 20530.

( Shipment Details > )

**Track & Confirm**
Enter label number:



Track & Confirm FAQs

**Notification Options**

▶ Track & Confirm by email    What is this?    Go >



POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy