UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD CASTELLINI, | ) |
| | ) |
| Plaintiff, | )   C.A. No. 05-10220-PBS |
| | ) |
| v. | ) |
| HARLEY G. LAPPIN (in his official capacity as Director of the Bureau of Prisons), | ) ) ) ) |
| | ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR STATUS CONFERENCE**

The defendant, Harley G. Lappin, in his official capacity as Director of the Bureau of Prisons (the "BOP"), herein requests a status conference before the Court to clarify the Court's Memorandum and Order dated April 12, 2005. As grounds for this request the defendant states as follows:

1. Richard Castellini's (Castellini) sentence has been stayed by Judge Tauro pending the resolution of Castellini's Temporary Restraining Order and/or Preliminary Injunction (TRO/PI);

2. The BOP has been reviewing its options regarding the Court's Memorandum and Order, and given that Castellini's TRO/PI was not a class action suit, the BOP is unclear as to the scope and breath of the Court's Order;

3. The BOP also wants to discuss some possible options with regard to Castellini's sentence;

1

WHEREFORE, based on the foregoing the defendant herein requests a status conference with the Court to discuss these issues.

For the Defendant,

By its attorney,

MICHAEL J. SULLIVAN,
United States Attorney

/s/Rayford A. Farquhar
RAYFORD A. FARQUHAR
Assistant U.S. Attorney
1 Courthouse, Suite 9200
Boston, MA  02210
(617) 748-3284

**CERTIFICATE OF SERVICE**

Suffolk,  ss.                    Boston, Massachusetts
                                 April 21, 2005

I, Rayford A. Farquhar, Assistant United States Attorney, do hereby certify that I have served a copy of the foregoing upon plaintiff's counsel of record, James C. Rehnquist, Goodwin Procter, LLP., Exchange Place, Boston, MA 02109-2881.

/s/Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney

**LOCAL RULE 7.1 CERTIFICATION**

On April 21, 2005 I, Rayford A. Farquhar, herein certify that I conferred with James C. Rehnquist, Esq. and he did not oppose the filing of this Motion.

/s/Rayford A. Farquhar
Rayford A. Farquhar
Assistant U.S. Attorney
