UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Richard Castellini

        Plaintiff,                    CIVIL ACTION
                                          NO.   05-10220-PBS

    v.

Harley Lappin

        Defendant.


**NOTICE OF RESCHEDULED STATUS CONFERENCE**

SARIS, U.S.D.J.                                                             April 27, 2005

      The Status Conference previously scheduled for May 3, 2005, has been **rescheduled** to **May 4, 2005, at 10:00a.m.**


                                                           By the Court,


                                                           _./s/ Robert C. Alba_
                                                           Deputy Clerk


Copies to:  All Counsel


resched.ntc