UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD CASTELLINI,<br><br>Plaintiff,<br><br>v.<br><br>HARLEY G. LAPPIN (in his official capacity as Director of the Bureau of Prisons),<br><br>Defendant. | **JOINT MOTION TO CONTINUE STATUS CONFERENCE**<br><br>Case. No. 05-CV-10220 |

Plaintiff Richard Castellini and Defendant Harley G. Lappin hereby jointly move to continue the Status Conference scheduled for Friday, May 20, 2005 in the above-referenced matter to June 1, 2005. As grounds for this Motion the Parties state as follows:

1. On April 12, 2005, the Court allowed Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction.

2. On May 4, 2005, a Status Conference was held. The parties reported that they had recently initiated settlement discussions which could result in the disposition of this case. The parties agreed to continue these discussions and report back to the Court on May 20, 2005.

3. Since May 4th, the parties have conferred and are in substantial agreement on a resolution to this dispute. The terms of a settlement agreement are currently being negotiated. While an agreement has not yet been reached, the parties anticipate that an agreement will be forthcoming within the next week. Thus, the parties jointly request that the May 20th Status Conference be continued to June 1, 2005, at which time the parties expect to report to the Court that this matter has been settled.

## CONCLUSION

WHEREFORE the parties request that the Court allow the instant Motion and continue the May 20th Status Conference to June 1, 2005.

Respectfully submitted,

| | |
|---|---|
| HARLEY G. LAPPIN | RICHARD CASTELLINI |
| By his attorney, | By his attorneys, |
| MICHAEL J. SULLIVAN<br>United States Attorney | |
| /s/ Rayford A. Farqhuar<br>Rayford A. Farqhuar<br>Assistant U.S. Attorney<br>1 Courthouse, Suite 9200<br>Boston, MA  02210<br>(617) 748-3284 | /s/ David S. Schumacher<br>James C. Rehnquist (BBO # 552602)<br>David S. Schumacher (BBO # 647917)<br>Sheryl A. Koval (BBO # 657735)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, Massachusetts, 02109<br>(617) 570-1000 |
| | OF COUNSEL:<br>Stephen Galoob<br>GOODWIN PROCTER LLP<br>901 New York Avenue N.W.<br>Washington, D.C. 20001<br>(202) 346-4000 |

Dated:  May 19, 2005

**Local Rule 7.1(A)(2) Certification**

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel have conferred in good faith to resolve or narrow the issues raised in this motion, and that the parties jointly reached the agreement represented above.

**Certificate of Service**

I hereby certify that a true copy of the above document was served upon counsel for defendants by facsimile and first-class mail on May 19, 2005.

/s/ David S. Schumacher
David S. Schumacher

LIBA/1549220.1