

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*      John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

June 1, 2005

Robert Alba
Courtroom Clerk to the
 Honorable Patti B. Saris
One Courthouse Way, Suite 2300
Boston, MA 02210

     Re: <u>Castellini v. Lappin</u>; D. Mass. C.A. No.: 05-10220-PBS

Mr. Alba:

     Pursuant to our telephone conversation this morning, I am writing to inform the Court that the parties are extremely close to reaching a settlement in the above-referenced matter. We anticipate a settlement agreement will be presented by the Plaintiff today or tomorrow. Further, Plaintiff has agreed to request an appearance before Judge Tauro within the next few days in order to obtain a surrender date in the criminal matter.

     Given the imminent settlement of this case, the parties hereby request this Honorable Court to cancel today's hearing currently scheduled for 2:00 p.m.

                                   Very truly yours,

                                   Rayford A. Farquhar
                                   Assistant U.S. Attorney
                                   (617) 748-3284

RAF:dmg

cc:    David S. Schumacher
        Goodwin Procter LLP
        Exchange Place
        53 State Street
        Boston, MA 02109