UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
RICHARD CASTELLINI,                    )
                                       )
        Plaintiff,                     )
                                       )
        v.                             )   Civil Action No.
                                       )   05-10220-PBS
HARLEY G. LAPPIN (in his official      )
capacity as Director of the            )
Bureau of Prisons),                    )
                                       )
        Defendant.                     )
_____)
```

## STIPULATION OF DISMISSAL
### WITH PREJUDICE AND WITHOUT COSTS AND INTEREST

Pursuant to Fed. R. Civ. P. 41 (a)(1) the parties move this Honorable Court to dismiss this action with prejudice and without costs and interest.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| By his attorney, | MICHAEL J. SULLIVAN,<br>United States Attorney |
| *[signature]*<br>James C. Rehnquist, Esq.<br>David S. Schumacher, Esq.<br>Counsel for the Plaintiff<br>Goodwin Procter LLP.<br>Exchange Place<br>Boston, MA 02109<br>(617) 570-1000 | *[signature]*<br>RAYFORD A. FARQUHAR<br>Assistant U.S. Attorney<br>1 Courthouse, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100 |

Dated: 6/23/05